**Fill in this information to identify the case:**

Debtor 1: Bradley D Dillman

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of WI (State)

Case number: 3-19-13866-cjf

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 7248

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 12/12/19 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: 410A Prep | 12/12/2019 | (11) | $ 250.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2                Notice of Postpetition Mortgage Fees, Expenses, and Charges                page 1

| Debtor 1 | Bradley D Dillman | Case number (if known) | 3-19-13866-cjf |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michelle Ghidotti
Signature

Date 12/12/2019

Print: Michelle Ghidotti-Gonsalves
First Name  Middle Name  Last Name

Title: Authorized Agent

Company: Ghidotti Berger LLP.

Address: 1920 Old Tustin Ave
Number  Street
Santa Ana, CA 92705
City  State  ZIP Code

Contact phone (949) 427 – 2010

Email: Mghidotti@ghidottiberger.com

## **CERTIFICATE OF SERVICE**

On December 12, 2019, I served the foregoing documents described as Post petition fee notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**John P. Driscoll**
jdriscoll@ks-lawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On December 12, 2019, I served the foregoing documents described as Post petition fee notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Bradley D Dillman**
5309 Portsmouth Way
Madison, WI 53714

*Trustee*
**Mark Harring**
131 W. Wilson Street, Suite 1000
Madison, WI 53703-3260

*U.S. Trustee*
**U.S. Trustee's Office**
780 Regent Street, Suite 304
Madison, WI 53715

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May