**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

---

| | |
|---|---|
| IN RE: | CASE NO. 19-13866 |
| Bradley D. Dillman | CHAPTER 13 |
| | Chief Judge Catherine J. Furay |
| Debtor. | |

---

**MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-C FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING PROPERTY LOCATED AT 5309 PORTSMOUTH WAY, MADISON, WI 53714**

Wilmington Savings Fund Society FSB, as Trustee of the Residential Credit Opportunities Trust V-C, the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter, collectively and at all times material hereto called, the "Movant") through its attorneys, Sottile & Barile, LLC, hereby moves the Court for an order for relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §362, 1301 and alleges as follows:

1. The Movant holds a promissory note and mortgage encumbering real property owned by the Debtor and co-debtor and located at 5309 Portsmouth Way, Madison, WI 53714. A copy of the note, mortgage and any other pertinent loan documents attesting to this is attached hereto and incorporated herein by reference.

2. Since the commencement of this case, post-petition mortgage payments have not been received as required by the terms of the plan in this case and the Movant's records reflect the following post-petition arrearage as accrued to date. The default is in the

amount of $3,876.81 which corresponds to the months of December 1, 2019 through February 1, 2020.  Each payment is in the amount of $1,242.57 and there is a late charge balance of $149.10.

3. The default in payments constitutes "cause" for terminating the automatic stay.

4. That as of February 26, 2020, the total amount due to the Movant was approximately $292,205.51 in addition to any fees and costs for the filing of this motion.

5. That there is no equity in the property over and above the liens of the secured creditors, the exemptions claimed by the debtor, unpaid real estate taxes and other liens of record.  The Debtor's Schedule A value is $285,100.00. The lack of equity in the Property, which is unnecessary for an effective reorganization, entitles the Movant to relief from the automatic stay under 11 U.S.C. §362(d)(2).

6. Movant seeks relief from both the automatic stay and the co-debtor stay as there is a non-filing co-debtor on the account, Kathleen A. Dillman.

7. The failure of the Debtor to make payments to the Movant per the terms of the note and mortgage has resulted in the loss of adequate protection of the Movant's interest in the Property.  This further entitles Movant to relief from the automatic stay.

WHEREFORE, the Movant requests that the automatic stay and co-debtor stay be terminated pursuant to 11 U.S.C. §§362(d) and 1301 so that the Movant may protect, exercise and enforce its rights pursuant to said note and mortgage, that any order entered pursuant to this Motion be effective immediately upon its entry, waiving the 14-day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and for such further relief as may be just and equitable.

Dated this 2nd day of March 2020.

                                              SOTTILE & BARILE, LLC
                                              Attorneys for Movant

                                              /s/ Jon Lieberman
                                            Jon Lieberman (OH 0058394)
                                            Sottile and Barile, Attorneys at Law
                                            394 Wards Corner Road, Suite 180
                                            Loveland, OH 45140
                                            Phone: (513) 444-4100
                                            bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

---

IN RE:                                                      CASE NO. 19-13866

Bradley D. Dillman                                          CHAPTER 13

                                                            Chief Judge Catherine J. Furay

Debtor.

---

**NOTICE OF MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-C FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING PROPERTY LOCATED AT 5309 PORTSMOUTH WAY, MADISON, WI 53714**

    Wilmington Savings Fund Society FSB, as Trustee of the Residential Credit Opportunities Trust V-C ("Movant") has filed papers for Relief from the Automatic Stay and Co Debtor Stay.

    **Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.

    If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on this motion, then **within fourteen (14) says of the filing date indicated on this Notice,** you or your attorney must file with the Court a written response explaining your position and requesting a hearing at

    Office of the Clerk of Court
    Western District of Wisconsin
    120 North Henry Stret
    Madison, WI 53703-2559

    If you mail your response to the court for filing, you must mail it early enough so the court will RECEIVE it **within fourteen (14) days** of the date of this notice.

     You must also mail a copy to:

Jon Lieberman
Sottile and Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Counsel for Movant

Mark Harring
131 W. Wilson Street, Suite 1000
Madison, WI 53703-3260
Chapter 13 Trustee

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated this 2nd day of March 2020.

SOTTILE & BARILE, LLC
Attorneys for Movant

 /s/ Jon Lieberman
Jon Lieberman (OH 0058394)
Sottile and Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444-4100
bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

---

IN RE:                                              CASE NO. 17-14240

Bradley D. Dillman                                  CHAPTER 13

                                                                          Chief Judge Catherine J. Furay

Debtor.

---

**CERTIFICATE OF SERVICE**

---

The undersigned certifies that on 3/2/2020, a true and correct copy of the foregoing Notice of Motion and Motion for Relief from Stay and Co Debtor Stay was served upon the following:


By ECF:

John P. Driscoll
Krekeler Strother, S.C.
2901 West Beltline Highway, Suite 301
Madison, WI 53713
Counsel for the Debtor

Mark Harring
131 W. Wilson Street, Suite 1000
Madison, WI 53703-3260
Chapter 13 Trustee

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

By U.S. Mail:

Bradley D. Dillman
5309 Portsmouth Way
Madison, WI 53714

Kathleen A. Dillman (Wopat)
131 W. Richards Rd
Cottage Grove, WI 53527

    Dated this 2nd day of March 2020.

                                            SOTTILE & BARILE, LLC
                                            Attorneys for Movant

                                            /s/ Jon Lieberman
                                           Jon Lieberman (OH 0058394)
                                           Sottile and Barile, Attorneys at Law
                                           394 Wards Corner Road, Suite 180
                                           Loveland, OH 45140
                                           Phone: (513) 444-4100
                                           bankruptcy@sottileandbarile.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-19-13866-cjf<br>Western District of Wisconsin<br>Madison<br>Mon Mar  2 12:59:09 CST 2020 | Bradley D Dillman<br>5309 Portsmouth Way<br>Madison, WI 53714-2701 | John P. Driscoll<br>Krekeler Strother, S.C.<br>2901 West Beltline Highway<br>Suite 301<br>Madison, WI 53713-4228 |
| FCI Lender Services<br>PO Box 28720<br>Anaheim, CA 92809-0157 | Michelle R. Ghidotti<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin ave.<br>Santa Ana, CA 92705-7811 | Gray & Associates<br>16345 W. Glendale Drive<br>New Berlin, WI 53151-2841 |
| Mark Harring<br>131 W. Wilson Street, Suite 1000<br>Madison, WI 53703-3260 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Bankruptcy Notices<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Sieg Law Offices<br>Attorney Dennis J. Sieg<br>4710 E. Broadway, Ste. 110<br>Madison, WI 53716-4101 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| (p)U S  ATTORNEY'S OFFICE FOR THE WESTERN DIS<br>ATTN ESA ANZIVINO<br>222 WEST WASHINGTON AVENUE<br>SUITE 700<br>MADISON WI 53703-2775 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Wilmington Savings Fund Society<br>c/o Planet Home Lending<br>321 Research Parkway, Suite 303<br>Meriden, CT 06450-8342 |
| Wilmington Savings Fund Society, FSB<br>AMIP Management, LLC<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740-2799 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>ATTN:  Bankruptcy Unit, MS 5-144<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Dept. of Workforce Development<br>Workers' Compensation<br>P.O. Box 7948<br>Madison, WI 53707-7948 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | US Attorneys Office for the Western<br>District of Wisconsin<br>222 West Washington Avenue<br>Suite 700<br>Madison, WI 53703 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |