# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-13866 |
| Bradley D Dillman | Chapter 13 |
| Debtor. | Chief Judge Catherine J. Furay |

## REQUEST FOR TELEPHONIC HEARING

Now comes counsel for U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust ('Movant') and requests the court schedule a hearing on the Motion for Relief from Stay filed with the court on January 08, 2021 for reasons as follows. Debtor is in default per the terms of the Consent Order entered on February 08, 2021 and requests a hearing per the terms of the Order. The account is post-petition due for February 2021 through March 2022, plus the balance of the Stipulated payments due July 15, 2021 in the amount of $11,541.61, plus late charges in the amount of $497.00, plus an escrow amount of $1,621.72, for a total amount due of $31,710.31. Movant further requests the courts permission to allow Counsel to appear by telephone.

WHEREFORE, counsel for U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust requests this Court schedule a hearing on the Motion for Relief from Stay.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    John P. Driscoll, Debtor's Counsel at jdriscoll@ks-lawfirm.com

    Mark Harring, Trustee at court@ch13wdw.org

    Office of the U.S. Trustee at USTPRegion11.MD.ECF@usdoj.gov

I further certify that on March 1, 2022, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Bradley D Dillman
    5309 Portsmouth Way
    Madison, WI 53714

    /s/ Jon J. Lieberman
    Jon J. Lieberman (OH 0058394)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com