**THIS ORDER IS SIGNED AND ENTERED.**

Dated: June 8, 2022

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-13866 |
| Bradley D. Dillman | CHAPTER 13 |
| Debtor. | CHIEF JUDGE Catherine J. Furay |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

This matter is before the Court upon the Affidavit of Default filed by U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust ("Creditor") on May 27, 2022 (the "Affidavit"). The Court, having reviewed the Affidavit, the Stipulation (Doc. 103) filed on April 14, 2022 and approved by the Court on April 15, 2022 (Doc. 105), and the Motion for Relief from Stay and Co-Debtor Stay filed by Creditor on August 24, 2021 (Doc. 77), and being other duly advised, now rules as follow:

Pursuant to the Stipulation, the Court hereby terminates the automatic stay of 11 U.S.C. §362 and co-debtor stay pursuant to 11 U.S.C. § 1301(c) with respect to Creditor and the

property located at 5309 PORTSMOUTH WAY, MADISON, WI 53714 ("Property") to permit the Movant to exercise its rights and state court remedies with respect to the Property under the terms of the loan documents and applicable non-bankruptcy law.

IT IS FURTHER ORDERED:  As requested in the Motion, this Order is effective immediately and is not stayed for 14 days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3).

# # # # #